**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

TV Tokyo Corporation

Plaintiff,

v.

Case No.:
1:24−cv−08964

Honorable Lindsay
C. Jenkins

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 24, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's response to the motion for damages is due by August 14, 2026, and any reply is due by August 24, 2026. The court also asks the parties to confer in good faith to see if they can resolve the matter of the injunction bond and Defendant's request for fees and sanctions. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.